```
          UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        CHARLESTON
```

In the Matter of the Search of

Information associated with
telephone number 304-784-7861           CASE NO. 2:21-mj-00160
and Snapchat Usernames
"sarha0432", "F_Fighter2021",
and "rich_flash19" that are
stored at premises controlled
by Snap Inc.

## MOTION TO UNSEAL

Comes now the United States of America, by Jennifer Rada Herrald, Assistant United States Attorney, for the Southern District of West Virginia and moves this Court to unseal the Application for Search Warrant and Affidavit, Search Warrant, Motion to Seal, and Order to Seal in this case.

Respectfully submitted,

LISA G. JOHNSTON
First Assistant United States Attorney

/s/Jennifer Rada Herrald
Jennifer Rada Herrald
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Jennifer.herrald@usdoj.gov